IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DALE WEBB,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 1:14-CV-01736-ODE-RGV |
| **SOUTHWIRE COMPANY, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for the Defendant, Southwire Company, LLC ("Southwire") certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

1. Dale Webb

2. Southwire Company, LLC

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

1. Steven E. Wolfe, The Buckley Law Firm, LLC

2. Peter N. Farley, Sutherland Asbill & Brennan LLP

3. Katherine Kendricks, Sutherland Asbill & Brennan LLP

Respectfully submitted July 2nd, 2014,

*/s/ Katherine Floyd Kendricks*
Peter N. Farley
Georgia Bar No. 255165
Katherine Floyd Kendricks
Georgia Bar No. 364012
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E., Suite 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Fax: (404) 853-8806
peter.farley@sutherland.com
katherine.kendricks@sutherland.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system, which will send automatic notification of this filing to the other filers in this action.

This 2nd day of July, 2014.

*/s/ Katherine Floyd Kendricks*
Katherine Floyd Kendricks